AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

AUG 08 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Martin Marsich | ) | Case No. 3-18-71084 |
| | ) | JSC |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 24, 2017** in the county of **San Mateo** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1030(a)(2)(C) & (c)(1)(B)(i) | Intentionally Accessing a Protected Computer without Authorization to Obtain Information for Purposes of Commerical Advantage or Private Financial Gain |
| 18 U.S.C. § 1030(a)(4) | Accessing a Protected Computer to Defraud and Obtain Anything of Value |
| | Penalties: 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |

This criminal complaint is based on these facts:

Please see attached affidavit of FBI Special Agent Justin Griggs

☒ Continued on the attached sheet.

*Bryan Knight AUSA*
*Approved as to form*

Complainant's signature

Special Agent Justin Griggs
Printed name and title

Sworn to before me and signed in my presence.

Date: 8-8-18

Judge's signature

City and state: San Francisco, California

Hon. Jacqueline Scott Corley, U.S. Magistrate Judge
Printed name and title

### AFFIDAVIT OF FBI SPECIAL AGENT JUSTIN J GRIGGS IN SUPPORT OF A CRIMINAL COMPLAINT

I, Justin J Griggs, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby declare as follows:

### AGENT BACKGROUND AND BASES FOR STATEMENTS

1. I am a Special Agent with the FBI assigned to investigate cyber-crime, and have been so employed since August 2006. My training included attending FBI new agent basic training during which I received instruction on various aspects of federal investigations. Since September 2013, I have been assigned to investigate high technology and cyber-crime and have been involved in investigations of alleged computer-related and intellectual property offenses, including computer intrusions, trafficking in counterfeit goods, wire fraud, internet extortion, and other criminal matters. As an FBI agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. Prior to my current position as a Special Agent with the FBI, I obtained a Bachelor of Science degree in Business Computer Information Systems from University of North Texas. During my career as a Special Agent of the FBI, I have received training and possess actual experience relating to Federal criminal procedures and Federal statutes. I have also received specialized training and instruction in the field of investigation in computer-related crimes. I have had the opportunity to conduct, coordinate, and participate in numerous investigations relating to computer-related crimes. I have participated in the execution of numerous search warrants and arrest warrants conducted by the FBI.

2. The statements contained in this affidavit are based, in part, on my training, years of investigative experience, and my personal participation in this investigation. The statements contained in this affidavit are sometimes based on information provided by other FBI Special

Agents, other government agencies, as well as information derived from interviews of victim companies.

3.      Because this affidavit is submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me that supports probable cause. This affidavit does not purport to set forth all of my knowledge of, or investigation into, this matter. I have summarized information, including information received from co-conspirators, other law enforcement agents and officers, documents, and records. I have set forth those facts that I believe are sufficient to support the issuance of the requested arrest warrant. I am not relying upon facts not set forth herein to support my conclusion.

4.      I am one of the agents participating in the investigation of Martin Marsich ("MARSICH") and others for the offenses relating to the unauthorized access to computers belonging to Electronic Arts, Inc. ("EA").

5.      As part of that ongoing FBI investigation, I make this affidavit in support of an application by the United States of America for a complaint and arrest warrant for MARSICH.

6.      As set forth herein, there is probable cause to believe that MARSICH intentionally accessed a protected computer without authorization and exceeded authorized access, and thereby obtained information, and did so for purposes of commercial advantage and private financial gain, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(1)(B)(i), and 1030(a)(4).

### APPLICABLE STATUTES

7.      Under Title 18, United States Code, Section 1030(a)(2)(C), it is unlawful for an individual to" intentionally access a computer without authorization or exceed authorized access

in order to obtain information from a protected computer." A protected computer is a computer that is used in or affecting interstate or foreign commerce. *See* 18 U.S.C. § 1030(e)(2)(B).

8. Under Title 18, United States Code Section 1030(c)(2)(B)(i) provides for a fine and imprisonment of not more than five years if the offense is committed (i) for purpose of commercial advantage or private financial gain; (ii) in furtherance of another criminal or tortious act under the laws of the United States or any State; or (iii) the value of the information obtained exceeded $5,000.

9. Under Title 18, United States Code, Section § 1030(a)(4), it is unlawful for an individual to "knowingly and with intent to defraud, access[] a protected computer without authorization, or exceed[] authorized access, and by means of such conduct further[] the intended fraud and obtain[] anything of value, unless the object of the fraud and the thing obtained consists only of the use of the computer and the value of such use is not more than $5,000 in any 1-year period."

## FACTS SUPPORTING PROBABLE CAUSE

**Victim Company**

10. Electronic Arts Inc. ("EA") is an American video game company headquartered in Redwood City, California. As of September 2017, EA is the second largest gaming company in the Americas and Europe by revenue and market capitalization. Currently, EA develops and publishes games under several labels including EA Sports titles Federation Internationale de Football Association ("FIFA"), National Football League ("NFL"), National Hockey League ("NHL"), National Collegiate Athletic Association ("NCAA Football"), NBA ("National Basketball Association") Live, and Snowboard Supercross ("SSX").

**Background of Case: Discovery of Unauthorized Access into EA Internal Systems**

11.     On March 25, 2018, EA discovered that a hacker had gained unauthorized access to a system associated with FIFA 2018 ("FIFA 18"), a game hosted on systems owned by EA. EA customers purchase licenses to play the games online, including FIFA 18, and download the games via EA's computer network. EA discovered that the hacker granted access to the FIFA 18 game to 17,000 EA player accounts and included FIFA 18 in 1.35 million FIFA 18 "packs" to another 8,000 EA player accounts. FIFA 18 packs contain random, in-game football players available for purchase by video game players. In addition, the FIFA 18 packs were converted to FIFA "coins." FIFA coins are a type of in-game currency used to buy/sell in-game items, including players. As of July 2, 2018, EA estimates that it has suffered a loss of approximately $324,000 as a result of this unauthorized access.

12.     FIFA 18 coins are earned by players while they play the game and are not available for purchase from EA. In addition, a player can use his/her FIFA 18 coins to buy FIFA 18 packs. Furthermore, EA sells FIFA 18 points that a player can use to purchase FIFA packs or individual players to create a better FIFA 18 football team for online game play. The FIFA 18 game and points are available for purchase via EA's online website, Origin.com. EA informed me that 100 FIFA 18 points cost one dollar, and players could purchase the points in bulk at $100 for 12,000. The 1.35 million FIFA 18 packs cost approximately 300 million FIFA 18 points.

13.     The hacker granted access to the FIFA 18 game, and FIFA 18 game packs, to 17,000 and 8,000 EA accounts, respectively, by making application program interface ("API") requests along with the utilization of a server secret key, which was not publicly accessible, to a database hosting player information. An API is software that allows two applications to talk to

each other. The server secret key, also known as a secret access token, granted the hacker access to the database hosting FIFA 18 player information. It is unknown at this point how the hacker obtained the server secret key, but EA logs show that the illegal accesses began on September 24, 2017.

14. EA suspected that the hacker sold these titles and FIFA 18 packs to buyers on the dark web or black-markets, such as fifacoins.com, mmoga.com, and aoeah.com. EA examined accounts that had access to FIFA 18, identified accounts that purchased unauthorized access to FIFA 18, and closed those accounts. A user subsequently contacted EA to complain about his account being closed. The user informed EA that he bought FIFA 18 game entitlements from the website U7buy.com. U7buy.com is a black-market website that sells illicit game items, such as coins from FIFA 18. U7buycom is not associated with EA and is not sponsored by EA.

**Details of Unauthorized Access into EA Internal Systems**

15. The hacker accessed EA's database by utilizing a script that allowed access to NBA Live 15 server. While logged into the NBA Live 15 server, the hacker requested access to the FIFA 18 server, another EA online gaming platform. The secret access token allowed the hacker to forge a connection between NBA LIVE 15 and FIFA 18. Since NBA LIVE 15 was a trusted server, the hacker was able to exploit the trust between NBA LIVE 15 and FIFA 18 to gain access to FIFA 18. FIFA 18 did not require additional tokens or keys for access. Once the hacker gained access to FIFA 18, the hacker made changes to the game's backend database by granting items, such as access to the FIFA 18 game, and FIFA 18 game packs, to particular accounts.

16. EA identified the hacker responsible for illegally accessing EA's backend database through examining logs and Internet Protocol ("IP") addresses. According to EA logs,

the hacker made multiple API calls from IP address 188.2.107.220 ("IP 220"). This IP address was used to log into EA account 100394207849, that was registered with email account gmsla@protonmail.com and a secondary email account of mmhk333@gmail.com. EA account 100394207849 was active from September 22, 2016, to April 2, 2018. EA logs showed that IP 220 accessed EA's gaming network and EA's database at the same time. EA logs player database activities in an EA database ("EAD").

17. EA provided the hacker's EAD account information:

Email: mmhk333@gmail.com
Persona: martin333swagger
Country: Serbia
DOB: 03/02/19XX
ID: 1003942072849
Registration Date: 09/22/2016

EA identified the hacker as the only user account that used IP 220, which was captured accessing EA databases and granting in-game licenses. I conducted a Whois check and learned that IP 220 resolves to Serbia Broadband.

18. EA provided IP addresses that logged into the database for NBA LIVE 15 and login and logout IP addresses for the game FIFA 18. I reviewed the records and found, for example, that on February 11, 2018, IP 220 was utilized by EA User ID 1003942072849 to access the game FIFA 18 on February 11, 2018, at 1:18:19 a.m. and on February 11, 2018, at 1:42:50 a.m.

19. Furthermore, while EA User ID 1003942072849 was logged into the FIFA 18 gaming account, IP 220 was used to access the server for NBA LIVE 15 to make a request for game licenses where a secret token was accessed. The hacker first logged onto NBA LIVE 15, and using the access to NBA LIVE 15, the hacker was able to access FIFA 18 via the secret token. The secret token allowed access to the backend database for FIFA 18.

**FBI's Identification of MARSICH**

20.     I searched FBI internal databases for the email address "mmhk333@gmail.com" and learned that the email address was associated with MARTIN MARSICH. MARSICH had listed the Gmail addresses mmhk333@gmail.com and majinmartinproduct@gmail.com on applications to travel to the United States. Electronic System for Travel Authorization ("ESTA") provided the following information:

>       Name: MARTIN MARSICH
>       DOB: 03/02/19XX
>       City of Birth: TRIESTE
>       Address: V Della Roggia 19 APT 3, UDINE, UDINE 3310, ITALY
>       Passport: YAXXX5773 (ITALY)
>       Mobile: 393407735975

21.     I obtained subscriber information from Google for the email address "mmhk333@gmail.com," and learned that IP 220 was used to log into the account. I reviewed the logs from Google and EA and discovered that on February 8, 2018, MARSICH logged into EA and Gmail using IP 220. I also found that IP 220 was used to log into the mmhk333@gmail.com account on February 11, 2018, and was used to illegally access EA's NBA LIVE 15 server to make a request for access to FIFA 18 server. I also found other instances in which IP 220 was logging into the accounts mmhk333@gmail.com and majinmartinproduct@gmail.com.

22.     On May 24, 2018, LinkedIn provided subscriber information regarding Martin MARSICH's LinkedIn account. According to LinkedIn, MARSICH used the IP 220 on February 23, 2018, to log into LinkedIn. LinkedIn also provided MARSICH'S profile, in which he listed that he was the CEO of Marelex LLC, a digital services provider related on online gaming. MARSICH listed the company's location as Serbia.

23.     I found that IP 220, which was used to log into LinkedIn on February 23, 2018, was the same IP address that was used to log into mmhk333@gmail.com and majinmartinproduct@gmail.com on February 23, 2018.  The LinkedIn account and the two Gmail accounts are linked to Martin MARSICH.  According to Google, the recovery email for the Gmail account mmhk333@gmail.com was the Microsoft email account mmhk333@live.com. The email account mmhk333@live.com was also the same email account used to register MARISCH's LinkedIn account.

24.     On February 7, 2018, the IP 220 was logged by EA conducting unauthorized access into EA's backend server for NBA LIVE 15.

25.     I reviewed records from Facebook and learned that IP 220 was used by Martin MARSICH, Facebook ID 100002869044177, to log into his Facebook account on February 7, 2018.  IP 220 was also used to log into MARSICH's Facebook account on February 8, 2018, at 14:49:12 UTC and February 26, 2018, at 06:25:53 UTC.

26.     The records from Facebook show that that the phone number MARSICH provided to the company, +393407735975, matched the telephone number that was associated with his Italian passport used to travel to the United States

27.     On February 11, 2018, MARSICH's Apple account used IP 220 at 01:13:54 PST, to log into Apple. EA logs showed that an unauthorized user used IP 220 at 01:26:38 on February 11, 2018, to access NBA LIVE 15 server. This unauthorized user made requests for gaming licenses where a secret token was accessed. The returned token allowed access to the backend database for FIFA 2018.

28.     On June 6, 2018, I reviewed data provided by Twitter.  The user of the Twitter account ID 37290501, screen name mmhk333, email address mmhk333@gmail.com, used IP

8

220 to log into Twitter on the following days: April 20, 2018, April 22, 2018, through April 24, 2018, April 30, 2018, May 1, 2018, May 2, 2018, May 5, 2018 through May 9, 2018.

29. I learned that MARSICH has an Italian passport, number YAXXX5773, which contains the following information:

    Name: MARTIN MARSICH
    DOB: 03/02/19XX
    City of Birth: TRIESTE
    Address: V Della Roggia 19 APT 3, UDINE, UDINE 3310, ITALY
    Mobile: 393407735975

**Discovery of MARSICH Arrival**

30. On August 1, 2018, the FBI was advised that MARSICH was in the United States. United States Customs and Border Patrol provided an address of 8424 Grandview Drive, West Hollywood, CA and the reason for MARSICH's visit was "sightseeing in Hollywood." I have learned that MARSICH is scheduled to leave the United States on August 8, 2018, on a flight from San Francisco International Airport to Serbia.

## CONCLUSION

31. Based on the above, I believe that there is probably cause to believe that MARSICH illegally accessed EA's servers for NBA LIVE 15 to gain access to game entitlements for FIFA 18. MARSICH utilized IP 220, which EA logs show illegally accessed their computer network and resolves Serbia, where MARSICH currently resides. In addition, IP 220 was used to access MARSICH's personal email and social media accounts. Therefore, I respectfully submit that there is probable cause to believe that MARSICH intentionally accessed a protected computer used in interstate and foreign commerce without authorization and exceeding authorized access, and thereby obtained information from a protected computer, and committed the offense for purposes of commercial advantage and private financial gain, all in

9

violation of Title 18, United States Code, Sections 1030(a)(2)(C), 1030(c)(1)(B)(i), and 1030(a)(4).

### REQUEST FOR SEALING

32. Because this investigation is continuing, disclosure of the arrest warrant, this affidavit, and/or this application and the attachments thereto will jeopardize the progress of the investigation. In addition, disclosure of the arrest warrant at this time would seriously jeopardize the investigation and would allow MARSICH to change patterns of behavior, notify other confederates, destroy evidence, or flee or continue flight from prosecution. Accordingly, I request that the Court issue an order that the complaint, arrest warrant, this affidavit in support of application for complaint and arrest warrant, and all attachments thereto be filed under seal until further order of this Court.

JUSTIN J. GRIGGS
Special Agent
Federal Bureau of Investigation

Sworn to before me this ___ day of August 2018

HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge