ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5081
    E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-71084 JSC |
| Plaintiff, | STATUS MEMORANDUM REGARDING THE DEFENDANT'S ABILITY TO POST CRYPTOCURRENCY |
| v. | |
| MARTIN MARSICH, | |
| Defendant. | |

On August 9, 2018, defendant Martin Marsich made an initial appearance on a criminal complaint charging him with intentionally accessing a protected computer without authorization to obtain information for the purposes of commercial advantage and private financial gain, in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(1)(B)(i), and accessing a protected computer to defraud and obtain anything of value, in violation of 18 U.S.C. § 1030(a)(4).  The Court released the defendant on several conditions, including ordering him to reside at a halfway house and posting the equivalent of $750,000 in cryptocurrency.

Undersigned counsel was informed by Brenda Atkinson, Chief Legal Counsel for the Federal Bureau of Investigation, that the agency will not maintain the defendant's cryptocurrency as a bond due to liability issues.  In addition, neither the Clerk of the Court or the United States Marshals Services has

STATUS MEMO
CR 18-71084 JSC

the ability to maintain digital assets as a bond.  Undersigned counsel has notified AFPD Ellen Leonida and United States Pretrial Services Officers Allen Lew and Brad Wilson about the problem with the posting.  The parties will continue to explore other options to present to the Court at the next hearing on Monday, August 13, 2018.

DATED: August 10, 2018                    Respectfully submitted,

                                  ALEX G. TSE
                                  United States Attorney

                                  /s/
                                  SUSAN KNIGHT
                                  Assistant United States Attorney