| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 16 minutes | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | **DEPUTY CLERK** Ada Means | | | **REPORTER/FTR** 9:39-9:45; 10:04-10:14 | |
| **MAGISTRATE JUDGE** Jacqueline Scott Corley | | **DATE** August 13, 2018 | | **NEW CASE** ☐ | **CASE NUMBER** 3-18-71084-JSC | |
| **APPEARANCES** | | | | | | |
| DEFENDANT Martin Marsich | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT G. Bischof for Ellen Leonida | | PD. ☒ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Susan Knight | | INTERPRETER Not required | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Katrina Chu | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | |
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☒ BOND HEARING  16 mins | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | |
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ 750,000.00 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☒ CASH  $ 200,000.00 | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |
| **PLEA** | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | OTHER: | | |
| **CONTINUANCE** | | | | | | |
| TO: August 23, 2018 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET | |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS | |
| BEFORE HON. Corley | ☐ DETENTION HEARING | | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | |

CC: JSC

DOCUMENT NUMBER: